RICHARD N. DUFFY v. JOHN J. SLATTERY, Impleaded with Others.— Motion denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of Proceedings Supplementary to Execution: SOLOMON GERSHMAN v. MAX BERLINER.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

UNIVERSAL STEEL EXPORT Co., INC., v. N. & G. TAYLOR Co., INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of SARAH A. DELMAR, Deceased.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

DEFOREST RADIO TELEPHONE AND TELEGRAPH COMPANY v. TRIANGLE RADIO SUPPLY Co., INC. DEFOREST RADIO TELEPHONE AND TELEGRAPH COMPANY v. RADIO STORES CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MYRA FINK v. F. ROEBLING GEYSER.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ANNA BICKOFF v. RAY LEVINE and Others.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JOHN S. KEDROVSKY and Others v. PLATON ROJDESVENSKY and Others.— Motion granted on condition stated in order. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

FRANK A. REINHARDT v. HORACE L. DAY Co., INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MINA LANDRY v. ALBIN LANDRY.— Motion denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ISIDORE SPINNER v. BOOTH & FLINN, LTD.— Motion granted upon condition that said appeal be promptly prosecuted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., OF LONDON, ENGLAND, v. JOHN L. HAYES CONSTRUCTION Co., INC.— Motion for leave to intervene denied; motion for leave to file a brief as *amicus curiæ* granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ALBERT H. SELLING v. HUDSON MOTOR CAR COMPANY OF NEW YORK, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

PHILIP F. COHEN v. WOOD & SELICK, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.